**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LUCREE     v.    US

No. 2014-5134

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ✓ As counsel for:    TERESA NAN LUCREE
                                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
✓ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

✓ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | FRANK A. LUKASIK |
| Law firm: | FRANK A. LUKASIK, J.D. |
| Address: | 1550 KILLINGSWORTH WAY, APT. 246 |
| City, State and ZIP: | THE VILLAGES, FL 32162 |
| Telephone: | 352 674-3637 |
| Fax #: | (CALL) 352 674-3637 |
| E-mail address: | flpatlaw@yahoo.com |

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1967-1975?

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes     ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 8/26/2014 | /s/ Frank A. Lukasik |
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Aug 26, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| FRANK A. LUKASIK | /s/ Frank A. Lukasik |
| Name of Counsel | Signature of Counsel |

Law Firm: FRANK A. LUKASIK, J.D.
Address: 1550 KILLINGSWORTH WAY, APT. 246
City, State, ZIP: THE VILLAGES, FL 32162
Telephone Number: 352 674-3637
FAX Number:
E-mail Address: flpatlaw@yahoo.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.