FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lucree v. United States

No. 14-5134

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    United States
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☑ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Matthew P. Roche
Law firm: United States Department of Justice, Commercial Litigation Branch
Address: PO Box 480, Ben Franklin Station
City, State and ZIP: Washington DC 20044
Telephone: (202) 616-0466
Fax #: (202) 514-8624
E-mail address: Matthew.P.Roche@usdoj.gov

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

September 2, 2014 — Date    /s Matthew P. Roche — Signature of pro se or counsel

cc: Frank A. Lukasik

Reset Fields

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __2nd__ day of _____September_____, __2014__, a copy of the foregoing _____Entry of Appearance_____ was filed electronically.

[✓] This filing was served electronically to all parties by operation of the Court's electronic filing system.

_____/s Matthew P. Roche_____

[ ] I caused a copy of this filing to be served via:

    [ ] hand delivery

    [ ] mail

    [ ] third-party commercial carrier for delivery within 3 days

    [ ] electronic means, with the written consent of the party being served

To the following address:

_____